UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD D. ELSENSOHN | CIVIL ACTION |
| VERSUS | NO. 09-2759 |
| JEFFERSON PARISH COMMUNITY CORRECTIONAL CENTER, ET AL. | SECTION: "F"(3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 23rd day of Dec. , 2009

_____
UNITED STATES DISTRICT JUDGE